**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Norman V. CHARLTON, Defendant–**
**Appellant.**

**No. 14–12805**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 17, 2015.

Peter J. Sholl, Arthur Lee Bentley, III, Kelley Clement Howard–Allen, James A. Muench, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Alec Fitzgerald Hall, Federal Public Defender's Office, Tampa, FL, Norman V. Charlton, Oklahoma City, OK, for Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Norman Charlton in this direct criminal appeal, has moved to withdraw from further representation of Charlton and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Charlton's convictions and sentences are **AFFIRMED.**